Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back    Location : All Courts    Help

## REGISTER OF ACTIONS
### CASE NO. 2021DCV3592

| | |
|---|---|
| ARIEL BANDA AND TERESSA DELGADO VELASQUEZ V. TRANSPORTES § SERBICAR SA DE CV, LUIS ENRIQUE SANDOVAL MARTINEZ AND ENRIQUE A. SALCEDO SERRANO §<br>§<br>§<br>§ | Case Type: **Injury or Damage - Motor Vehicle**<br>Date Filed: **10/12/2021**<br>Location: **County Court at Law 7** |

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **Defendant** | **Salcedo Serrano, Enrique A.** | |
| **Defendant** | **Sandoval Martinez, Luis Enrique** | |
| **Defendant** | **Transportes Serbicar SA De CV** | **DARRYL S VEREEN**<br>*Retained*<br>915-532-2000(W) |
| **Plaintiff** | **Banda, Ariel** | **BEN JAMES**<br>*Retained*<br>972-789-1664(W) |
| **Plaintiff** | **Delgado Velasquez, Teressa** | **BEN JAMES**<br>*Retained*<br>972-789-1664(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 10/12/2021 | **Original Petition (OCA)** Index # 1 | |
| 10/12/2021 | **E-File Event Original Filing** | |
| 10/13/2021 | **Request** Index # 2 | |
| 10/15/2021 | **Citation** | |
| | Transportes Serbicar SA De CV | Served 11/05/2021 |
| | | Response Received 11/11/2021 |
| | | Returned 11/09/2021 |
| | Sandoval Martinez, Luis Enrique | Served 11/05/2021 |
| | | Returned 11/09/2021 |
| | Salcedo Serrano, Enrique A. | Served 11/05/2021 |
| | | Returned 11/09/2021 |
| 11/10/2021 | **Other Pleading** Index # 3 | |
| 11/10/2021 | **Other Pleading** Index # 4 | |
| 11/10/2021 | **Other Pleading** Index # 5 | |
| 11/11/2021 | **Answer** Index # 7 | |
| 01/04/2022 | **Order of Court Setting** | |
| 01/06/2022 | **Certificate of Written Discovery** Index # 8 | |
| 01/19/2022 | **Certificate of Written Discovery** Index # 9 | |
| 03/09/2022 | **Status/Scheduling Conference** (9:00 AM) (Judicial Officer Morales, Ruben) | |



EXHIBIT
A
tabbies®