El Paso County - County Court at Law 7

Filed 10/12/2021 10:38 AM
Norma Favela Barceleau
District Clerk
El Paso County
2021DCV3592

CAUSE NO. _____

| | | |
|---|---|---|
| ARIEL BANDA and TERESSA DELGADO VELASQUEZ *Plaintiffs,* | §<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§ | _____ JUDICIAL DISTRICT |
| TRANSPORTES SERBICAR SA de CV, LUIS ENRIQUE SANDOVAL MARTINEZ, and ENRIQUE A. SALCEDO SERRANO *Defendants.* | §<br>§<br>§ | EL PASO COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF THE COURT:

NOW COME TERESSA DELGADO VELASQUEZ and ARIEL BANDA, hereinafter called "Plaintiffs", complaining of and about **TRANSPORTES SERVICA SA DE CE, LUIS ENRIQUE SANDOVAL MARTINEZ, and ENRIQUE A. SALCEDO SERRANO,** hereinafter called "Defendants" and for cause of action shows cause of action shows unto the Court the following:

### I.
### DISCOVERY CONTROL PLAN

1.  Plaintiff intends that discovery be conducted under Discovery Level 2 of the *Texas Rules of Civil Procedure* §190.2 and affirmatively pleads that he seeks monetary relief aggregating more than $250,000.00 but less than $1,000,000.00, including damages of any kind, penalties, costs, expenses, prejudgment interest, and attorney fees.

Plaintiff's Original Petition

**EXHIBIT B** tabbies

## II.
## PARTIES AND SERVICE

2.  Plaintiff **TERESA DELGADO VELASQUEZ** is an individual and a resident of Texas.

3.  Plaintiff **ARIEL BANDA** is an individual and a resident of Texas.

4.  Defendant **ENRIQUE A. SALCEDO SERRANO** is an individual and resident of Mexico and can be served through the agents of his employer located at 11394 James Watt Dr. El Paso, Texas 79936 or wherever else he may be found.

5.  Defendant **LUIS ENRIQUE SANDOVAL MARTINEZ** is an individual and resident of Mexico and can be served at the agents for his business at 11394 James Watt Dr. El Paso, Texas 79936 or wherever else he may be found.

5.  Defendant **TRANSPORTES SERBICAR SA DE CE** is a registered for-profit company based in Mexico but operating in the State of Texas and can be served through its agents located at 11394 James Watt Dr. El Paso, Texas 79936.

## III.
## JURISDICTION AND VENUE

6.  The subject matter in controversy is within the jurisdictional limits of this Court.

7.  This Court has proper jurisdiction over the parties because Defendants are doing business in Texas and the collision giving rise to this litigation arises under their minimum contacts in the State of Texas related to the transportation business they carry on in the State of Texas.

8.  Venue in El Paso County is proper in this cause under Section 15.002(a)(1) of the *Texas Civil Practice and Remedies Code* because it is the county where all or a substantial part of the events or omissions giving rise to the claim occurred.

## IV.
## FACTS

9.  On or about November 15, 2019, Plaintiffs were the restrained driver and passenger, respectively, in Plaintiff's vehicle in the incident that is the subject of this lawsuit. Plaintiffs were traveling north on Tony Llama and stopped at a stop sign when a commercial 18-wheeler, operating under Defendant Transportes Serbicar SA de CE, owned by Defendant Luis Enrique Sandoval Martinez, and driven by Defendant Enrique A. Salcedo Serrano, pulled up to the stop next to Plaintiffs' vehicle. Both Plaintiffs and the 18-wheeler attempted to make a right turn. The 18-wheeler turned extra wide, colliding with the driver's side of Plaintiffs' vehicle. Due to Defendants' conduct, Plaintiff was proximately caused injuries and damages.

## V.
## PLAINTIFF'S CLAIM OF RESPONDEAT SUPERIOR

10. Plaintiff hereby incorporates by reference paragraphs 1-9 as if fully set forth verbatim

herein.

11. Defendant Transportes Serbicar SA de CE is responsible for the actions of Defendant Salcedo Serrano under the doctrine of respondeat superior. Defendant Salcedo Serrano was an employee of Defendant Transportes

Serbicar who was acting in the course and scope of his employment when he committed the above-referenced actions.

12. Defendant Sandoval Martinez is the owner and executive officer of Transportes Serbicar SA de CE and is responsible for the day-to-day activities of Transportes Serbicar SA de CE.

## VI.
## PLAINTIFF'S CLAIM OF NEGLIGENCE AS TO DEFENDANT SALCEDO SERRANO

13. Plaintiff incorporates paragraphs 1-11 as if set forth verbatim herein.

14. Defendant had a duty to operate his/her vehicle reasonably and prudently and to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein.

15. Plaintiff's injuries were proximately caused by the Defendant's negligent, careless, and reckless disregard of said duty.

16. The negligent, careless, and reckless disregard of said duty by the driver includes, but is not limited to, the following acts and omissions:

    A.    Failure to maintain a proper lookout, maintain proper control of Defendant's vehicle, timely apply the brakes, and take reasonable precautions to avoid the collision;

    B.    Failure to maintain a proper speed for the conditions on the roadway and the circumstances;

    C.    Failure to reduce the speed of his vehicle to avoid the collision; and

    D.    Failure to yield the right of way.

17. The aforesaid occurrence was caused wholly and solely by reason of the negligence of   the Defendant without any fault or negligence on the part of

Plaintiff's contributing thereto.

## VII.
## PLAINTIFF'S DAMAGES

18. Plaintiff seeks unliquidated damages within the jurisdictional limits of this Court.

19. As a direct and proximate result of Defendants' breach of duty, Plaintiff was caused to incur the following damages:

A. Reasonable past medical care and expenses. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the collision complained of herein, and such charges are reasonable and were usual and customary charges for such services in the county where Plaintiff was treated;

B. Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

C. Physical pain and suffering in the past;

D. Physical pain and suffering in the future;

E. Mental anguish in the past;

F. Mental anguish in the future;

G. Lost wages;

H. Loss in past earning capacity;

I. Loss in future earning capacity;

J. Impairment in the past;

K. Impairment in the future;

L. Property Damage; and

M. Loss of use of Plaintiff's vehicle.

## VIII.

## CONDITIONS PRECEDENT

20.     All conditions precedent have been performed or have occurred.

### IX.
## NOTICE OF INTENT TO USE PRODUCED DOCUMENTS

21.     Pursuant to *Texas Rule of Civil Procedure* 193.7 Plaintiff hereby gives notice

of intent to use all documents produced by any party including Defendant in

response to written discovery requests propounded in all pretrial proceedings

and trial.

### X.
## JURY DEMAND

22.     Plaintiff demands a jury trial and tenders the appropriate fee with this

petition.

### XI.
## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff respectfully prays

that Defendant be cited to appear and answer herein, and that upon a trial of the

cause, judgment be entered for Plaintiff against Defendant, for damages in an

amount within the jurisdictional limits of the Court; together with pre-judgment

interest (from the date of injury through the date of judgment) at the maximum rate

allowed by law; post-judgment interest at the highest legal rate; costs of court; and

such other and further relief to which Plaintiff may be entitled at law or in equity.

Respectfully submitted,

SANDOVAL | JAMES, PLLC

By: _Katy Thompson_____
Benedict James
Texas Bar No.: 24058518
Benedict.James@sj-lawfirm.com
Katherine "Katy" Thompson
Texas Bar No.: 24104270
Katy.Thompson@sj-lawfirm.com
Esteban Sandoval
Texas Bar No.: 24083789
Esteban.Sandoval@sj-lawfirm.com
4807 Spicewood Springs Rd,
Bldg., 2, Ste. 100
Austin, TX 78759
Tel.: (512) 382-7707
Fax: (512) 382-6646
**Attorneys for Plaintiff**

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

TO:   LUIS ENRIQUE SANDOVAL MARTINEZ, who may be served with process at the agents for his business at **11394 James Watt Dr El Paso TX  79936** or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **County Court at Law Number 7,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 12th day of October, 2021, by Attorney at Law ,BEN JAMES, 100 N CENTRAL EXPRESSWAY SUITE 1000 RICHARDSON TX  75080 in this case numbered **2021DCV3592** on the docket of said court, and styled:

**ARIEL BANDA AND TERESSA DELGADO VELASQUEZ**

**V.**

**TRANSPORTES SERBICAR SA DE CV, LUIS ENRIQUE SANDOVAL MARTINEZ AND ENRIQUE A. SALCEDO SERRANO**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 15th day of October, 2021

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901



Attest:   NORMA FAVELA BARCELEAU   District Clerk
El Paso County, Texas

By K. Henry , Deputy
Kia-Dre Henry

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

**RETURN**

Came on hand on _____ day of _____, 20_____, at _____ o'clock ____M., and executed
in _____ County, Texas, by delivering to each of the within-named defendants,
in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying
true and correct copy of the **Plaintiff's Original Petition**, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance From Court House |
|------|------|------|------|------|------|------|------|
| | MONTH | DAY | YEAR | Hour | Min. | .M. | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being _____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

    FEES—SERVING _____ copy _____ $ _____ _____ Sheriff

                                       _____ County, Texas

      Total _____ $ _____ by _____, Deputy

**CERTIFICATE OF DELIVERY**

I do hereby certify that I delivered to _____, on the _____ day of _____

20_____, at _____o'clock ____m. this copy of this instrument.

                                       _____, Sheriff/Agent

                                       _____County, Texas

                            By _____, Deputy/Agent

SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20_____.

      **(SEAL)**

                               _____

                               NOTARY PUBLIC, STATE OF TEXAS

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

TO:   **TRANSPORTES SERBICAR SA DE CV,** who may be served with process through its agents at **11394 James Watt Dr.,  El Paso TX  79936** or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **County Court at Law Number 7,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 12ᵗʰ day of October, 2021, by Attorney at Law ,BEN JAMES, 100 N CENTRAL EXPRESSWAY SUITE 1000 RICHARDSON TX  75080 in this case numbered **2021DCV3592** on the docket of said court, and styled:

**ARIEL BANDA AND TERESSA DELGADO VELASQUEZ**
**V.**
**TRANSPORTES SERBICAR SA DE CV, LUIS ENRIQUE SANDOVAL MARTINEZ AND**
**ENRIQUE A. SALCEDO SERRANO**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 15ᵗʰ day of October, 2021

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901



Attest:   <u>NORMA FAVELA BARCELEAU</u>   District Clerk
El Paso County, Texas

By <u>K. Henry</u> , Deputy
Kia-Dre Henry

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

## RETURN

Came on hand on _____ day of _____, 20____, at _____ o'clock ___M., and executed in _____ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original Petition**, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance From Court House |
|------|------|---|---|------|---|---|----------------------------------|
| | MONTH | DAY | YEAR | Hour | Min. | .M. | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being _____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING _____ copy _____ $ _____ _____ Sheriff

_____ _____ County, Texas

Total _____ $ _____ by _____, Deputy

## CERTIFICATE OF DELIVERY

I do hereby certify that I delivered to _____, on the _____ day of _____ 20_____, at _____o'clock ___m. this copy of this instrument.

_____, Sheriff/Agent

_____County, Texas

By _____, Deputy/Agent

SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20____.

(SEAL)

_____

NOTARY PUBLIC, STATE OF TEXAS

El Paso County - County Court at Law 7

Filed 11/10/2021 12:29 PM
Norma Favela Barceleau
District Clerk
El Paso County
2021DCV3592

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

TO:   **LUIS ENRIQUE SANDOVAL MARTINEZ**, who may be served with process at the agents for his business at **11394 James Watt Dr  El Paso TX  79936** or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **County Court at Law Number 7**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 12th day of October, 2021, by Attorney at Law ,BEN JAMES, 100 N CENTRAL EXPRESSWAY SUITE 1000 RICHARDSON TX  75080 in this case numbered **2021DCV3592** on the docket of said court, and styled:

**ARIEL BANDA AND TERESSA DELGADO VELASQUEZ**
**V.**
**TRANSPORTES SERBICAR SA DE CV, LUIS ENRIQUE SANDOVAL MARTINEZ AND**
**ENRIQUE A. SALCEDO SERRANO**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 15th day of October, 2021

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901



Attest:   NORMA FAVELA BARCELEAU   District Clerk
El Paso County, Texas

By   K. Henry , Deputy
Kia-Dre Henry

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

**RETURN**

Came on hand on _18th_ day of _OCTOBER_____, 20 _21_, at _7_ o'clock _P_.M., and executed
In _____EL PASO_____ County, Texas, by delivering to each of the within-named defendants,
in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying
true and correct copy of the **Plaintiff's Original Petition**, at the following times and places, to-wit:

GIVING TO: REGISTERED
AGENT: JOAQUIN
MARTINEZ
BE HALF OF:
LUIS ENRIQUE
SANDOVAL MARTINEZ

| NAME | MONTH | DATE DAY | YEAR | TIME Hour | Min. | P.M. | Place, and Course and Distance From Court House |
|------|-------|----------|------|-----------|------|------|------------------------------------------------|
| | 11 | 05 | 2021 | 3:55 | | | 3420 FRUTAS AVE. EL PASO, TX 79905 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being _____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING ____ copy ____ $ _____

_____ County, Texas

Total _____ $ _____ by _____, Deputy

FILED
2021 NOV -9 AM 10 35
NORMA FAVELA BARCELEAU
DISTRICT CLERK
EL PASO COUNTY, TEXAS
BY _____ DEPUTY
Sheriff

**CERTIFICATE OF DELIVERY**

I do hereby certify that I delivered to _REGISTERED AGENT: JOAQUIN MARTINEZ_, on the _5th_ day of _NOVEMBER_
20 _21_, at _3:55_ o'clock _P_ m. this copy of this instrument.

_____, Sheriff/Agent
TEXAS PROCESS SERVERS

_EL PASO_ County, Texas

By _DAVID ALVAREZ_, Deputy/Agent
PSC# 11553 EXP: 7-31-22

SUBSCRIBED AND SWORN TO BEFORE ME ON THE _9th_ DAY OF _November_, 20 _21_.

[SEAL]

**NOTARY PUBLIC, STATE OF TEXAS**

[NOTARY SEAL]
Richard Frank Dryden
My Commission Expires
09/11/2022
ID No. 131680082

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Drew Beglau on behalf of Benedict James
Bar No. 24058518
drew.beglau@sj-lawfirm.com
Envelope ID: 59043411
Status as of 11/10/2021 5:32 PM MST

Associated Case Party: Ariel Banda

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Karen Martinez-Perez | | karen.martinezp@sj-lawfirm.com | 11/10/2021 12:29:09 PM | SENT |
| Katy Thompson | | katy.thompson@sj-lawfirm.com | 11/10/2021 12:29:09 PM | SENT |
| Maria Leos | | maria.leos@sj-lawfirm.com | 11/10/2021 12:29:09 PM | SENT |
| Nora Alonso | | Nora.Alonso@sj-lawfirm.com | 11/10/2021 12:29:09 PM | SENT |
| Drew Beglau | | drew.beglau@sj-lawfirm.com | 11/10/2021 12:29:09 PM | SENT |
| Dora Hernandez | | dora.hernandez@sj-lawfirm.com | 11/10/2021 12:29:09 PM | SENT |
| Emma Smith | | emma.smith@sj-lawfirm.com | 11/10/2021 12:29:09 PM | SENT |

El Paso County - County Court at Law 7

Filed 11/10/2021 12:29 PM
Norma Favela Barceleau
District Clerk
El Paso County
2021DCV3592

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

TO:   **ENRIQUE A. SALCEDO SERRANO,** who may be served with process by agents of his employer at **11394 James Watt Dr El Paso TX 79936** or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **County Court at Law Number 7,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 12th day of October, 2021, by Attorney at Law ,BEN JAMES, 100 N CENTRAL EXPRESSWAY SUITE 1000 RICHARDSON TX 75080 in this case numbered **2021DCV3592** on the docket of said court, and styled:

**ARIEL BANDA AND TERESSA DELGADO VELASQUEZ**
**V.**
**TRANSPORTES SERBICAR SA DE CV, LUIS ENRIQUE SANDOVAL MARTINEZ AND**
**ENRIQUE A. SALCEDO SERRANO**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 15th day of October, 2021

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901



Attest: ___NORMA FAVELA BARCELEAU___  District Clerk
El Paso County, Texas

By ___K. Henry___ , Deputy
Kia-Dre Henry

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

**RETURN**

Came on hand on ___18th___ day of ___OCTOBER___, 20 _21_, at ___2___ o'clock _P_ .M., and executed
In ___EL PASO___ County, Texas, by delivering to each of the within-named defendants,
in person, a true copy of this **Citation**, having first endorsed thereon the date of delivery, together with the accompanying
true and correct copy of the **Plaintiff's Original Petition**, at the following times and places, to-wit:

| NAME | MONTH | DAY | YEAR | Hour | Min. | P .M. | Place, and Course and Distance From Court House |
|---|---|---|---|---|---|---|---|
| GIVING TO: REGISTERED AGENT: JOAQUIN MARTINEZ BE HALF OF: ENRIQUE A. SALCEDO SERRANO | 11 | 05 | 2021 | 3:55 | | | 3420 FRUTAS AVE. EL PASO, TX 79705 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____

The diligence used in finding said defendant, being _____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING _____ copy _____ $ _____

_____ County, Texas

Total _____ $ _____ by _____ Deputy

**CERTIFICATE OF DELIVERY**

DEHALF OF: ENRIQUE A. SALCEDO SERRANO

I do hereby certify that I delivered to REGISTERED AGENT: JOAQUIN MARTINEZ, on the _5th_ day of NOVEMBER
20 _21_, at _3:55_ o'clock _p_ m. this copy of this instrument.

TEXAS PROCESS SERVERS
_____, Sheriff/Agent

EL PASO County, Texas

By _DAVID ALVAREZ_, Deputy/Agent
PSC# 11553 EXP: 7-31-2022

SUBSCRIBED AND SWORN TO BEFORE ME ON THE _9th_ DAY OF _November_, 20 _21_.

(SEAL)

Richard Frank Dryden
My Commission Expires
680082

NOTARY PUBLIC, STATE OF TEXAS

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Drew Beglau on behalf of Benedict James
Bar No. 24058518
drew.beglau@sj-lawfirm.com
Envelope ID: 59043411
Status as of 11/10/2021 5:32 PM MST

Associated Case Party: Ariel Banda

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Karen Martinez-Perez | | karen.martinezp@sj-lawfirm.com | 11/10/2021 12:29:09 PM | SENT |
| Katy Thompson | | katy.thompson@sj-lawfirm.com | 11/10/2021 12:29:09 PM | SENT |
| Maria Leos | | maria.leos@sj-lawfirm.com | 11/10/2021 12:29:09 PM | SENT |
| Nora Alonso | | Nora.Alonso@sj-lawfirm.com | 11/10/2021 12:29:09 PM | SENT |
| Drew Beglau | | drew.beglau@sj-lawfirm.com | 11/10/2021 12:29:09 PM | SENT |
| Dora Hernandez | | dora.hernandez@sj-lawfirm.com | 11/10/2021 12:29:09 PM | SENT |
| Emma Smith | | emma.smith@sj-lawfirm.com | 11/10/2021 12:29:09 PM | SENT |

El Paso County - County Court at Law 7

Filed 11/10/2021 12:29 PM
Norma Favela Barceleau
District Clerk
El Paso County
2021DCV3592

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation and petition by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

TO:   **TRANSPORTES SERBICAR SA DE CV,** who may be served with process through its agents at **11394 James Watt Dr., El Paso TX 79936** or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **County Court at Law Number 7,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 12th day of October, 2021, by Attorney at Law ,BEN JAMES, 100 N CENTRAL EXPRESSWAY SUITE 1000 RICHARDSON TX 75080 in this case numbered **2021DCV3592** on the docket of said court, and styled:

**ARIEL BANDA AND TERESSA DELGADO VELASQUEZ**
**V.**
**TRANSPORTES SERBICAR SA DE CV, LUIS ENRIQUE SANDOVAL MARTINEZ AND**
**ENRIQUE A. SALCEDO SERRANO**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 15th day of October, 2021

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901



Attest:   _NORMA FAVELA BARCELEAU_   District Clerk
El Paso County, Texas

By _K. Henry_                          , Deputy
Kia-Dre Henry

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

**RETURN**

Came on hand on _18th_ day of _OCTOBER_, 20 _21_, at _2_ o'clock _P_.M., and executed in _EL PASO_ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original Petition**, at the following times and places, to-wit:

| NAME | MONTH | DATE DAY | YEAR | Hour | TIME Min. | P .M. | Place, and Course and Distance From Court House |
|---|---|---|---|---|---|---|---|
| GIVING TO : REGISTERED AGENT: JOAQUIN MARTINEZ BE HALF OF: TRANSPORTES SERBICAR SA DE CV | 11 | 05 | 2021 | 3:55 | | | 3420 FRUTAS AVE EL PASO, TX 78705 |

And not executed as to the defendant, _____

The diligence used in finding said defendant, being _____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING ____ copy ____ $ ____ _____

_____ County, Texas

Total ____ $ ____ by _____, Deputy

BE HALF OF: TRANSPORTES SERBICAR SA DE CV

*stamp:* EL PASO COUNTY, TEXAS BY ___ DEPUTY ___ Sheriff

*stamp:* FILED 2021 NOV -9 AM 10: 36 NORMA FAVELA BARCELEAU DISTRICT CLERK

**CERTIFICATE OF DELIVERY**

I do hereby certify that I delivered to _REGISTERED AGENT: MARTINEZ_, on the _5th_ day of _NOVEMBER_ JOAQUIN 20 _21_, at _3:55_ o'clock _P_ m. this copy of this instrument.

TEXAS PROCESS SERVER
_____, Sheriff/Agent
_EL PASO_ County, Texas
By _DAVID ALVAREZ_, Deputy/Agent
PSC# 11553 EXP: 7-31-22

SUBSCRIBED AND SWORN TO BEFORE ME ON THE _9th_ DAY OF _November_, 20 _21_.

*notary stamp:* NOTARY PUBLIC Richard Frank Dryden My Commission Expires ___/2022 ID No. 131680082 STATE OF TEXAS SEAL

_____
**NOTARY PUBLIC, STATE OF TEXAS**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Drew Beglau on behalf of Benedict James
Bar No. 24058518
drew.beglau@sj-lawfirm.com
Envelope ID: 59043411
Status as of 11/10/2021 5:32 PM MST

Associated Case Party: Ariel Banda

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Karen Martinez-Perez | | karen.martinezp@sj-lawfirm.com | 11/10/2021 12:29:09 PM | SENT |
| Katy Thompson | | katy.thompson@sj-lawfirm.com | 11/10/2021 12:29:09 PM | SENT |
| Maria Leos | | maria.leos@sj-lawfirm.com | 11/10/2021 12:29:09 PM | SENT |
| Nora Alonso | | Nora.Alonso@sj-lawfirm.com | 11/10/2021 12:29:09 PM | SENT |
| Drew Beglau | | drew.beglau@sj-lawfirm.com | 11/10/2021 12:29:09 PM | SENT |
| Dora Hernandez | | dora.hernandez@sj-lawfirm.com | 11/10/2021 12:29:09 PM | SENT |
| Emma Smith | | emma.smith@sj-lawfirm.com | 11/10/2021 12:29:09 PM | SENT |

El Paso County - County Court at Law 7

Filed 11/11/2021 4:37 PM
Norma Favela Barceleau
District Clerk
El Paso County
2021DCV3592

IN THE COUNTY COURT AT LAW NUMBER SEVEN

EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| ARIEL BANDA and TERESSA DELGADO VELASQUEZ, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Cause No. 2021DCV3592 |
| TRANSPORTES SERBICAR SA DE CV, LUIS ENRIQUE SANDOVAL MARTINEZ, and ENRIQUE A. SALCEDO SERRANO | § § § § § § § | |
| Defendants. | § | |

## DEFENDANT TRANSPORTES SERBICAR SA DE CV'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** TRANSPORTES SERBICAR SA DE CV, a Defendant in the above-entitled and numbered cause, and files its Original Answer in reply to Plaintiffs' Original Petition, and for answer says:

I.

Pursuant to Tex. R. Civ. P. 92, Defendant enters its general denial as to Plaintiffs' Petition and demands strict proof thereof.

II.

With regard to any allegations of negligence *per se*, Defendant would show that Defendants' alleged acts or omissions were excused, as that term is defined and understood by law.

III.

Alternatively, Defendant would show the occurrence in question was an unavoidable

0016872/00104/DVER/1644316

accident, as that term is defined and understood by law.

IV.

Defendant would show that all or part of Plaintiffs' claims are barred by Tex. Civ. Prac. & Rem. Code Ann. §41.0105 since Plaintiffs may only recover medical expenses actually paid or incurred.

V.

Defendant would show that all or part of Plaintiffs' alleged claims are barred by Tex. Civ. Prac. & Rem. Code Ann. § 18.091, since any evidence of wages or economic damages must be presented in an after-tax format.

VI.

Defendant would show that Plaintiffs have failed to mitigate their alleged damages and injuries, if any, as that term is defined and understood by law.

VII.

Defendant requests trial by jury and reserves the right to amend.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that upon final hearing that it be discharged and allowed to go hence without day and with its costs and that the Court grant Defendant such other and further relief, general or special, legal or equitable, to which Defendant may be justly entitled.

Respectfully submitted,

**MOUNCE, GREEN, MYERS
SAFI, PAXSON & GALATZAN, P.C.**
P.O. Drawer 1977
El Paso, Texas  79999-1977
Phone:  (915) 532-2000
Fax:   (915) 541-1597
E-Mail:  vereen@mgmsg.com
E-Mail:  mundell@mgmsg.com

By: _____

   **Darryl S. Vereen**
   State Bar No. 00785148
   **Cal Mundell**
   State Bar No. 24109059

Attorneys for Defendant


### CERTIFICATE OF SERVICE

   In compliance with Texas Rule of Civil Procedure 21a (e), I, **Darryl S. Vereen**, hereby certify that on the ____ day of November, 2021, a true and correct copy of the foregoing document filed electronically with the clerk of the court in accordance with Texas Rule of Civil Procedure 21a (f)(1) is served on the following parties or attorney(s): Benedict James, Esq., benedict.james@sj-lawfirm.com, Katherine "Katy" Thompson, Esq., katy.thompson@sj-lawfirm.com, Esteban Sandoval, Esq., esteban.sandoval@sj-lawfirm.com, 4807 Spicewood Springs, Rd., Bldg. 2, Ste. 100, Austin, Texas 78759.

   _____

   **Darryl S. Vereen**

0016872/00104/DVER/1644316

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Isabel Olivares on behalf of Darryl Vereen
Bar No. 00785148
iolivares@mgmsg.com
Envelope ID: 59093426
Status as of 11/12/2021 4:30 PM MST

Associated Case Party: Ariel Banda

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Karen Martinez-Perez | | karen.martinezp@sj-lawfirm.com | 11/11/2021 4:37:54 PM | SENT |
| Katy Thompson | | katy.thompson@sj-lawfirm.com | 11/11/2021 4:37:54 PM | SENT |
| Maria Leos | | maria.leos@sj-lawfirm.com | 11/11/2021 4:37:54 PM | SENT |
| Nora Alonso | | Nora.Alonso@sj-lawfirm.com | 11/11/2021 4:37:54 PM | SENT |
| Drew Beglau | | drew.beglau@sj-lawfirm.com | 11/11/2021 4:37:54 PM | SENT |
| Emma Smith | | emma.smith@sj-lawfirm.com | 11/11/2021 4:37:54 PM | SENT |
| Dora Hernandez | | dora.hernandez@sj-lawfirm.com | 11/11/2021 4:37:54 PM | SENT |
| Esteban Sandoval | | esteban.sandoval@sj-lawfirm.com | 11/11/2021 4:37:54 PM | SENT |
| Benedict James | | benedict.james@sj-lawfirm.com | 11/11/2021 4:37:54 PM | SENT |

Associated Case Party: Transportes Serbicar SA De CV

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Estella Wilcox | | ewilcox@mgmsg.com | 11/11/2021 4:37:54 PM | ERROR |
| Isabel Olivares | | iolivares@mgmsg.com | 11/11/2021 4:37:54 PM | SENT |
| Yolanda Pearson | | ypearson@mgmsg.com | 11/11/2021 4:37:54 PM | SENT |
| Cal Mundell | | mundell@mgmsg.com | 11/11/2021 4:37:54 PM | SENT |
| Darryl S.Vereen | | vereen@mgmsg.com | 11/11/2021 4:37:54 PM | SENT |

El Paso County - County Court at Law 7

Filed 1/4/2022 10:54 AM
Norma Favela Barceleau
District Clerk
El Paso County
2021DCV3592

## COUNTY COURT AT LAW NO. 7
### EL PASO COUNTY, TEXAS

| | |
|---|---|
| Ariel Banda | |
| vs. | |
| Transportes Serbicar SA De CV | Cause No.   2021DCV3592 |

### COURT SETTING

The above referenced case is set as follows:

| Date | Time | Description |
|------|------|-------------|
| 03/09/2022 | 9:00 AM (MST) | Status/Scheduling Conference |

Dear Counsel:

The hearing will be conducted via Zoom.

If the case has been settled, tried, or dismissed, please notify my Court Coordinator, Araceli Jane, at A.Jane@epcounty.com or 915-543-3877.

**SIGNED and ENTERED 12/30/2021.**

*Ruben Morales*

**RUBEN MORALES, JUDGE**

cc:   BEN JAMES                       972-789-1664
      DARRYL S VEREEN                 915-532-2000

*Please give notice to all concerned parties.*

IF YOU KNOW OF AN ATTORNEY INVOLVED IN THIS CASE AND NOT LISTED,
PLEASE PROVIDE HIM/HER A COPY OF THIS SETTING

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 60469873
Status as of 1/4/2022 11:06 AM MST

Associated Case Party: Ariel Banda

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Karen Martinez-Perez | | karen.martinezp@sj-lawfirm.com | 1/4/2022 10:54:40 AM | SENT |
| Katy Thompson | | katy.thompson@sj-lawfirm.com | 1/4/2022 10:54:40 AM | SENT |
| Maria Leos | | maria.leos@sj-lawfirm.com | 1/4/2022 10:54:40 AM | SENT |
| Nora Alonso | | Nora.Alonso@sj-lawfirm.com | 1/4/2022 10:54:40 AM | SENT |
| Drew Beglau | | drew.beglau@sj-lawfirm.com | 1/4/2022 10:54:40 AM | SENT |
| Emma Smith | | emma.smith@sj-lawfirm.com | 1/4/2022 10:54:40 AM | SENT |
| Dora Hernandez | | dora.hernandez@sj-lawfirm.com | 1/4/2022 10:54:40 AM | SENT |
| Benedict James | | benedict.james@sj-lawfirm.com | 1/4/2022 10:54:40 AM | SENT |
| Esteban Sandoval | | esteban.sandoval@sj-lawfirm.com | 1/4/2022 10:54:40 AM | SENT |

Associated Case Party: Transportes Serbicar SA De CV

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Darryl S.Vereen | | vereen@mgmsg.com | 1/4/2022 10:54:40 AM | SENT |
| Yolanda Pearson | | ypearson@mgmsg.com | 1/4/2022 10:54:40 AM | SENT |
| Cal Mundell | | mundell@mgmsg.com | 1/4/2022 10:54:40 AM | SENT |
| Isabel Olivares | | iolivares@mgmsg.com | 1/4/2022 10:54:40 AM | SENT |
| Estella Wilcox | | ewilcox@mgmsg.com | 1/4/2022 10:54:40 AM | ERROR |

El Paso County - County Court at Law 7

Filed 1/6/2022 1:27 PM
Norma Favela Barceleau
District Clerk
El Paso County
2021DCV3592

IN THE COUNTY COURT AT LAW NUMBER SEVEN

EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| ARIEL BANDA and TERESSA DELGADO VELASQUEZ, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Cause No. 2021DCV3592 |
| TRANSPORTES SERBICAR SA DE CV, LUIS ENRIQUE SANDOVAL MARTINEZ, and ENRIQUE A. SALCEDO SERRANO , | § § § § § § § | |
| Defendants. | § | |

## CERTIFICATE OF WRITTEN DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW,** TRANSPORTES SERBICAR SA DE CV, a Defendant in the above-entitled and numbered cause, and submit its Certificate of Written Discovery regarding the following written discovery responses:

    1.    Defendant's Initial Disclosures.

**WHEREFORE PREMISES CONSIDERED,** Defendant respectfully prays that the Court and all Parties take notice of the above and foregoing Certificate, and service of the above-referenced discovery responses, and that the Court grant Defendant such other and further relief, general or special, legal or equitable, to which Defendant may be justly entitled.

Respectfully submitted,

**MOUNCE, GREEN, MYERS
SAFI, PAXSON & GALATZAN, P.C.**
P.O. Drawer 1977
El Paso, Texas 79999-1977
Phone: (915) 532-2000
Fax:   (915) 541-1597
E-Mail: vereen@mgmsg.com
E-Mail: mundell@mgmsg.com

By: _____
   **Darryl S. Vereen**
   State Bar No. 00785148
   **Cal Mundell**
   State Bar No. 24109059

Attorneys for Defendant


## CERTIFICATE OF SERVICE

In compliance with Texas Rule of Civil Procedure 21a (e), I, **Cal Mundell**, hereby certify that on the _____ day of January, 2022, a true and correct copy of the foregoing document filed electronically with the clerk of the court in accordance with Texas Rule of Civil Procedure 21a (f)(1) is served on the following parties or attorney(s): Benedict James, Esq., benedict.james@sj-lawfirm.com, Katherine "Katy" Thompson, Esq., katy.thompson@sj-lawfirm.com, Esteban Sandoval, Esq., esteban.sandoval@sj-lawfirm.com, 4807 Spicewood Springs, Rd., Bldg. 2, Ste. 100, Austin, Texas 78759.

_____
**Cal Mundell**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Estella Wilcox on behalf of Cal Mundell
Bar No. 24109059
ewilcox@mgmsg.com
Envelope ID: 60572036
Status as of 1/6/2022 3:00 PM MST

Associated Case Party: Ariel Banda

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Karen Martinez-Perez | | karen.martinezp@sj-lawfirm.com | 1/6/2022 2:27:06 PM | SENT |
| Katy Thompson | | katy.thompson@sj-lawfirm.com | 1/6/2022 2:27:06 PM | SENT |
| Maria Leos | | maria.leos@sj-lawfirm.com | 1/6/2022 2:27:06 PM | SENT |
| Nora Alonso | | Nora.Alonso@sj-lawfirm.com | 1/6/2022 2:27:06 PM | SENT |
| Drew Beglau | | drew.beglau@sj-lawfirm.com | 1/6/2022 2:27:06 PM | SENT |
| Emma Smith | | emma.smith@sj-lawfirm.com | 1/6/2022 2:27:06 PM | SENT |
| Dora Hernandez | | dora.hernandez@sj-lawfirm.com | 1/6/2022 2:27:06 PM | SENT |
| Benedict James | | benedict.james@sj-lawfirm.com | 1/6/2022 2:27:06 PM | SENT |
| Esteban Sandoval | | esteban.sandoval@sj-lawfirm.com | 1/6/2022 2:27:06 PM | SENT |

Associated Case Party: Transportes Serbicar SA De CV

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Darryl S.Vereen | | vereen@mgmsg.com | 1/6/2022 2:27:06 PM | SENT |
| Yolanda Pearson | | ypearson@mgmsg.com | 1/6/2022 2:27:06 PM | SENT |
| Cal Mundell | | mundell@mgmsg.com | 1/6/2022 2:27:06 PM | SENT |
| Isabel Olivares | | iolivares@mgmsg.com | 1/6/2022 2:27:06 PM | SENT |
| Estella Wilcox | | ewilcox@mgmsg.com | 1/6/2022 2:27:06 PM | ERROR |

El Paso County - County Court at Law 7

Filed 1/19/2022 1:44 PM
Norma Favela Barceleau
District Clerk
El Paso County
2021DCV3592

IN THE COUNTY COURT AT LAW NUMBER SEVEN

EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| ARIEL BANDA and TERESSA DELGADO VELASQUEZ, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Cause No. 2021DCV3592 |
| TRANSPORTES SERBICAR SA DE CV, LUIS ENRIQUE SANDOVAL MARTINEZ, and ENRIQUE A. SALCEDO SERRANO, | § § § § § | |
| Defendants. | § § | |

## CERTIFICATE OF WRITTEN DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** TRANSPORTES SERBICAR SA DE CV, a Defendant in the above-entitled and numbered cause, and submits its Certificate of Written Discovery regarding the following written discovery requests:

1. Defendant Transportes Seribicar SA de CV's Interrogatories and Request for Production to Plaintiff Ariel Banda, served on January 19, 2022;
2. Defendant Transportes Seribicar SA de CV's Interrogatories and Request for Production to Plaintiff Terressa Delgado Velasquez, served on January 19, 2022;
3. Defendant Transportes Seribicar SA de CV's First Requests for Admissions to Plaintiff Ariel Banda, served on January 19, 2022; and
4. Defendant Transportes Seribicar SA de CV's First Requests for Admissions to Plaintiff Teressa Delgado Velasquez, served on January 19, 2022.

**WHEREFORE PREMISES CONSIDERED**, Defendant respectfully prays that the Court and all parties take notice of the above and foregoing Certificate, and service of the above-referenced discovery requests, and that the Court grant Defendant such other and further relief, general or special, legal or equitable, to which Defendant may be justly entitled.

0016872/00104/DVER/1657395

Respectfully submitted,

**MOUNCE, GREEN, MYERS
SAFI, PAXSON & GALATZAN, P.C.**
P.O. Drawer 1977
El Paso, Texas  79999-1977
Phone:  (915) 532-2000
Fax:   (915) 541-1597
E-Mail:  vereen@mgmsg.com
E-Mail:  mundell@mgmsg.com

By: _____
    **Darryl S. Vereen**
    State Bar No. 00785148
    **Cal Mundell**
    State Bar No. 24109059

    Attorneys for Defendant

## CERTIFICATE OF SERVICE

In compliance with Texas Rule of Civil Procedure 21a (e), I, **Darryl S. Vereen**, hereby certify that on the ___ day of January, 2022, a true and correct copy of the foregoing document filed electronically with the clerk of the court in accordance with Texas Rule of Civil Procedure 21a (f)(1) is served on the following parties or attorney(s): Benedict James, Esq., benedict.james@sj-lawfirm.com, Katherine "Katy" Thompson, Esq., katy.thompson@sj-lawfirm.com, and Esteban Sandoval, Esq., esteban.sandoval@sj-lawfirm.com, 4807 Spicewood Springs, Rd., Bldg. 2, Ste. 100, Austin, Texas 78759.

_____
Darryl S. Vereen

2

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Isabel Olivares on behalf of Darryl Vereen
Bar No. 00785148
iolivares@mgmsg.com
Envelope ID: 60953643
Status as of 1/19/2022 1:57 PM MST

Associated Case Party: Transportes Serbicar SA De CV

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Darryl S.Vereen | | vereen@mgmsg.com | 1/19/2022 1:44:16 PM | SENT |
| Yolanda Pearson | | ypearson@mgmsg.com | 1/19/2022 1:44:16 PM | SENT |
| Cal Mundell | | mundell@mgmsg.com | 1/19/2022 1:44:16 PM | SENT |
| Isabel Olivares | | iolivares@mgmsg.com | 1/19/2022 1:44:16 PM | SENT |
| Estella Wilcox | | ewilcox@mgmsg.com | 1/19/2022 1:44:16 PM | ERROR |

Associated Case Party: Ariel Banda

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Karen Martinez-Perez | | karen.martinezp@sj-lawfirm.com | 1/19/2022 1:44:16 PM | SENT |
| Maria Leos | | maria.leos@sj-lawfirm.com | 1/19/2022 1:44:16 PM | SENT |
| Emma Smith | | emma.smith@sj-lawfirm.com | 1/19/2022 1:44:16 PM | SENT |
| Dora Hernandez | | dora.hernandez@sj-lawfirm.com | 1/19/2022 1:44:16 PM | SENT |
| Katy Thompson | | katy.thompson@sj-lawfirm.com | 1/19/2022 1:44:16 PM | SENT |
| Benedict James | | benedict.james@sj-lawfirm.com | 1/19/2022 1:44:16 PM | SENT |
| Esteban Sandoval | | esteban.sandoval@sj-lawfirm.com | 1/19/2022 1:44:16 PM | SENT |
| Nora Alonso | | Nora.Alonso@sj-lawfirm.com | 1/19/2022 1:44:16 PM | SENT |
| Drew Beglau | | drew.beglau@sj-lawfirm.com | 1/19/2022 1:44:16 PM | SENT |